UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CLARA COTTON and ZACH COTTON,<br><br>    Plaintiffs,<br><br>v.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>    Defendants. | CASE NO. 3:20-cv-00074-JD-MGG |

**MOTION TO WITHDRAW APPEARANCES OF MDL COUNSEL
FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON**

Come now Defendants Ethicon, Inc. and Johnson & Johnson, by counsel, and respectfully request the Court to withdraw the appearances of the following attorneys as counsel of record for Ethicon, Inc. and Johnson & Johnson:

Christy D Jones
William M Gage
BUTLER SNOW LLP - RID/MS
1020 Highland Pkwy., Suite 1400
Ridgeland, MS 39157

David B. Thomas
Susan M. Robinson
THOMAS COMBS & SPANN
PO Box 3824
Charleston, WV 25338-3824

Kari L Sutherland
Butler Snow LLP - Ox/MS
1200 Jefferson Ave., Suite 2054
Oxford, MS 38655

The above attorneys appeared on behalf of Defendants Ethicon, Inc. and Johnson & Johnson while this case was pending in MDL 2327 in the Southern District of West Virginia as Member Civil Action 2:13-cv-6679 ("MDL attorneys"), and do not intend to appear on behalf of Defendants now that the case has been transferred to the Northern District of Indiana. Attorneys Mary Nold Larimore and Kimberly C. Metzger of the law firm Ice Miller LLP have entered their appearances on behalf of the Defendants and will continue to represent the Defendants in this matter.

WHEREFORE, Defendants Ethicon, Inc. and Johnson & Johnson respectfully request that this Court withdraw the appearances of the MDL attorneys as counsel for the Defendants herein.

        Respectfully submitted,

        *s/ Mary Nold Larimore*
Mary Nold Larimore, Atty. No. 9877-49
T: 317-236-2407 | F: 317-592-4688
Email:  Larimore@icemiller.com
Kimberly C. Metzger, Atty. No. 19852-71
T: 317-236-2296 | F: 317-592-4823
Email: Kimberly.Metzger@icemiller.com
Ellen N. Pactor, Atty. No. 34145-49
T: 317-221-2828 | F: 317-592-4255
Email:  Ellen.Pactor@icemiller.com
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on January 24, 2020, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Christy D Jones
William M Gage
BUTLER SNOW LLP - RID/MS
1020 Highland Pkwy., Suite 1400
Ridgeland, MS 39157

David B. Thomas
Susan M. Robinson
THOMAS COMBS & SPANN
PO Box 3824
Charleston, WV 25338-3824

Kari L Sutherland
Butler Snow LLP - Ox/MS
1200 Jefferson Ave Suite 2054
Oxford, MS 38655

        *s/ Mary Nold Larimore*
Mary Nold Larimore

I\15108272.1