UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CLARA COTTON and ZACH COTTON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:20-cv-00074-JD-MGG |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCES OF MDL COUNSEL FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON

The Court, having considered Defendants' Motion to Withdraw Appearances of MDL Counsel, now finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the appearances of the following attorneys are hereby withdrawn:

Christy D Jones
William M Gage
BUTLER SNOW LLP - RID/MS
1020 Highland Pkwy., Suite 1400
Ridgeland, MS 39157

David B. Thomas
Susan M. Robinson
THOMAS COMBS & SPANN
PO Box 3824
Charleston, WV 25338-3824

Kari L Sutherland
Butler Snow LLP - Ox/MS
1200 Jefferson Ave Ste 2054
Oxford, MS 38655

Dated: 　　01/27/2020　　　　　　　　s/Michael G. Gotsch, Sr.
　　　　　　　　　　　　　　　　　　Michael G. Gotsch, Sr.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge